IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES BROOKS #02402917, PLAINTIFF, | § § § § | |
| V. | § § | A-23-CV-388-LY |
| DAVID GUTIERREZ, DEFENDANT. | § § § | |

FILED
23 APR -6 PM 5:12
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## FINAL JUDGMENT

Before the court is the above-entitled cause. Upon review of the entire case file and this court's order which dismissed Plaintiff Michael James Brooks's complaint, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff Michael James Brooks's claims against Defendant Gutierrez in his official capacity for monetary damages are **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). This case is **CLOSED**.

SIGNED this 6th day of April 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE